IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:  Case No:  15-01997-TOM

**Larry Reynolds**
SSN:  xxx-xx-5428

**Denise Lashawn Reynolds**
SSN:  xxx-xx-8989

Debtors

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Creditor shall file a claim for the post-petition mortgage arrearage through September 2018 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay. The arrearage is as follows:

   | | |
   |---|---|
   | 5 payments @ $883.40 for 05/18 to 09/18: | $4,417.00 |
   | Attorney Fees and Costs for MFR: | $1,031.00 |
   | Less Suspense: | ($812.04) |
   | Total: | $4,635.96 |

2. The Trustee monthly payments increased to $297.00 per week and the fixed monthly payment awarded to the Creditor is $275.00.

3. The Motion for Relief from Stay filed by SERVIS ONCE, INC. DBA BSI FINANCIAL SERVICES, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST is hereby conditionally denied. However, should the Debtors default under the mortgage agreement between parties beginning October 2018, the Creditor has a right to request a rehearing on the Motion for Relief from Stay.

Done this the 5th day of October, 2018.

/s/ Tamara O. Mitchell_____

                Tamara O. Mitchell
                United States Bankruptcy Judge

This document was prepared by:
Thomas G. Tutten, Jr.
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama  35205
Telephone: 205-930-5325 / Fax: 205-212-3820